JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Mitchel Sweigart & Patricia Ray h/w
1254 Madison Drive
Yardley, PA 19067

**(b)** County of Residence of First Listed Plaintiff   Bucks
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kardos, Rickles, Hand & Bidlingmaier
626 S. State Street
Newtown, PA 18940 (215) 968-6602

## DEFENDANTS
Central Garden & Pet Supply Co., and Antonio Rios, Jr.

County of Residence of First Listed Defendant   Cullman
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ❏ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 362 Personal Injury - Med. Malpractice | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal 28 USC 157 | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 365 Personal Injury - Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881 | | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | ❏ 368 Asbestos Personal Injury Product Liability | ❏ 630 Liquor Laws | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | ❏ 640 R.R. & Truck | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 340 Marine | | ❏ 650 Airline Regs. | ❏ 830 Patent | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | ❏ 660 Occupational Safety/Health | ❏ 840 Trademark | ❏ 480 Consumer Credit |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 690 Other | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ☒ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | **LABOR** | ❏ 861 HIA (1395ff) | ❏ 810 Selective Service |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 710 Fair Labor Standards Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | | ❏ 385 Property Damage Product Liability | ❏ 720 Labor/Mgmt. Relations | ❏ 863 DIWC/DIWW (405(g)) | ❏ 875 Customer Challenge 12 USC 3410 |
| ❏ 196 Franchise | | | ❏ 730 Labor/Mgmt.Reporting & Disclosure Act | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate Sentence | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 892 Economic Stabilization Act |
| ❏ 220 Foreclosure | ❏ 442 Employment | **Habeas Corpus:** | ❏ 791 Empl. Ret. Inc. Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 893 Environmental Matters |
| ❏ 230 Rent Lease & Ejectment | ❏ 443 Housing/ Accommodations | ❏ 530 General | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 894 Energy Allocation Act |
| ❏ 240 Torts to Land | ❏ 444 Welfare | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 895 Freedom of Information Act |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | ❏ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | ❏ 550 Civil Rights | ❏ 463 Habeas Corpus - Alien Detainee | | ❏ 950 Constitutionality of State Statutes |
| | ❏ 440 Other Civil Rights | ❏ 555 Prison Condition | ❏ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from another district (specify)
- ❏ 6 Multidistrict Litigation
- ❏ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332
Brief description of cause:
Personal Injury with Jurisdiction based on diversity of citizenship

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 150,000.00   CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
07/13/2015

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: Mitchel Sweigart, 1254 Madison Dr., Yardley, PA 19067

Address of Defendant: Central Garden, etal. 2210 Industrial Dr., SW, Cullman. AL 35055

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?    Yes☐  No☒

*RELATED CASE, IF ANY:*

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Clifford D. Bidlingmaier , counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: July 13, 2015 _____    84627
                     Attorney-at-Law       Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: July 13, 2015 _____    84627
                     Attorney-at-Law       Attorney I.D.#

CIV. 609 (5/2012)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

|  |  |  |
|---|---|---|
| Mitchel Sweigart and Patricia Ray, h/w | : : : | CIVIL ACTION |
| v. | : : | |
| Central Garden & Pet Supply, Co, et. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (x )


| | Clifford D. Bidlingmaier, III   Plaintiffs | |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 986-6602 | (215) 968-6915 | cbidlingmaier@krhblaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**KARDOS, RICKLES, HAND & BIDLINGMAIER**
By:  Clifford D. Bidlingmaier, III, Esquire          **Attorney for Plaintiffs**
Identification No. 84627
626 South State Street
Newtown, PA  18940
215-968-6602

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | NO. |
| **MITCHEL SWEIGART &** | : | |
| **PATRICIA RAY, h/w** | : | |
| 1254 Madison Drive, | : | |
| Yardley, Pennsylvania 19067 | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION - LAW** |
| | : | |
| **CENTRAL GARDEN & PET SUPPLY, Co.** | : | **JURY TRIAL DEMANDED** |
| 2210 Industrial Drive SW | : | |
| Cullman, Alabama 35055 | : | |
| & | : | |
| **ANTONIO RIOS, JR.** | : | |
| 451 15th Avenue | : | |
| Paterson, New Jersey 07504 | : | |
| | : | |
| **Defendants,** | : | |

---

## COMPLAINT

### JURISDICTION

1.      Jurisdiction in this action is based on diversity of citizenship and is conferred upon this Court by the provisions of 28 U.S.C. Section 1332 (diversity of citizenship), in that the matter in controversy exceeds the sum and value of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs, and the action is between citizens of a State and citizens or subjects of a foreign state.

## PARTIES

2.      Plaintiff Mitchel Sweigart is an adult individual residing at 1254 Madison Drive, Yardley, County of Bucks, Commonwealth of Pennsylvania.

3.      Plaintiff, Patricia Ray, is the wife of Plaintiff Mitchel Sweigart, residing at 1254 Madison Drive, County of Bucks, Commonwealth of Pennsylvania.

4.      Defendant Central Garden and Pet Supply, Co. is, upon information and belief, a foreign corporation organized and existing under the laws of the State of Delaware.  Said Defendant maintains corporate offices in the State of California, and maintains a place of business at 2210 Industrial Drive SW, Cullman, State of Alabama.

5.       At all times germane hereto, Defendant Central Garden and the owner of a 2015 Freightliner truck bearing Indiana license plate # 2259123.

6.      Defendant, Antonio Rios, Jr. is an adult individual residing at 451 15th Avenue, City of Paterson, State of New Jersey.

7.      At all times relevant herein, Defendant, Antonio Rios, Jr. acted as an agent, employee, and/or servant of Defendant, Central Garden and Pet Supply, Co.

8.      Defendant Rios acted with the express and/or implied authority of Defendant, Central Garden and Pet Supply, Co., and at all times material hereto was in the direct scope of his employment.

9.      At all times material hereto, Defendant, Central Garden and Pet Supply, Co., operated a business that required transportation and having significant contacts with the forum State of Pennsylvania.

## CAUSE OF ACTION

10.     On or about September 11, 2014, at approximately 2:35 P.M, Plaintiff, Mitchel Sweigart was operating his 2004 Aura TL vehicle bearing Pennsylvania license plate FMW8324, travelling in the right eastbound lane of SR 276, Whitemarsh Township, County of Montgomery and Commonwealth of Pennsylvania in a safe, lawful manner.

11.     At the above time and place, Plaintiff was caused to suffer serious and permanent injuries when Defendant, Antonio Rios, Jr., was operating the aforesaid Freightliner eastbound in the center lane of SR 276 when traffic ahead began to slow, and the Defendant was unable to stop in time to avoid a collision and swerved into the right lane striking the rear of Plaintiffs vehicle.

12.     As a direct result of the impact described above, Plaintiff Mitchel Sweigart sustained serious personal injuries, damages, and losses as hereinafter described.

## COUNT ONE

## MITCHEL SWEIGART vs. RIOS, JR.

13.     Paragraphs 1 through 12 of this Complaint are hereby incorporated by reference as if same were set forth herein at length.

14.     The aforesaid collision was directly and proximately caused by the negligence, carelessness and/or recklessness of Defendant Antonio Rios, Jr., *inter alia*, the following:

       a)     Failure to keep a proper lookout;

       b)     Failure to observe the location, distance, and speed of the vehicles on the roadway;

       c)     Negligently maintaining, controlling and operating said vehicle;

d)     Operating his vehicle in disregard for the rules of road, ordinances of the County and statutes and regulations of the Commonwealth of Pennsylvania;

e)     Failure to stop;

f)     Failure to properly judge the speed, distance and time of vehicles approaching;

g)     Striking Plaintiff's vehicle;

h)     Failure to exercise due care under the circumstances;

i)     Failure to use due and reasonable care for the rights and safety of others under the circumstances;

j)     Operating the vehicle at an excessive rate of speed under the circumstances;

k)     Failure to observe Plaintiff's vehicle, which was in plain view;

l)     Failure to have vehicle under proper control so as to avoid striking Plaintiff's vehicle;

m)     Failure to be attentive;

n)     Was negligent as a matter of law; and

p)     Such other acts of negligence as shall become apparent through discovery or at the time of the trial of this matter.

15.     As a direct and proximate result of aforesaid accident, Plaintiff Mitchel Sweigart has suffered serious mental and physical injuries to his head, neck, and back, including but not limited to; traumatic brain injury, concussion, fracture of C-2 and herniated disc C-8, chronic headaches, neck pain, cervical sprain, cervical strain, stroke,

knee abrasions, shoulder abrasions, hand numbness, post-traumatic stress disorder, and a shock to his nerves and nervous system causing pain, suffering and anxiety.

16.     As a further direct and proximate result of aforesaid accident and by reason of the injuries sustained, Plaintiff Mitchel Sweigart has endured great physical pain and suffering, mental anguish and humiliation, and will be caused to continue to suffer same for an indefinite period of time in the future.

17.     As a further direct and proximate result of the aforesaid accident and by reason of the injuries sustained, Plaintiff Mitchel Sweigart has incurred great medical expenses for related care and treatment, and may be required to expend additional sums of money for the same purpose in the future.

19.     As a further direct and proximate result of the negligence, carelessness and recklessness of the Defendants as described in the aforesaid paragraphs herein, Plaintiff Mitchel Sweigart has lost the ability to enjoy life to the fullest degree, has been deprived of life's simple pleasures, and has been prevented from pursuing his normal daily activities, all of which are to his great detriment and loss.

20.     As a direct and proximate result of Defendants negligence the Plaintiff, Mitchel Sweigert, has incurred and will continue to incur lost wages and earnings as a result of the happening of the occurrence; and is permanently partially disabled as a result of the happening of the occurrence, and was otherwise injured and damaged, for which this claim is made.

**WHEREFORE,** Plaintiff Mitchel Sweigart demands judgment against the Defendants jointly and severally for damages in excess of One Hundred and Fifty-

Thousand ($150,000) Dollars, together with attorney's fees, interest, costs, delay damages and other such relief as this Honorable court deems appropriate.

## COUNT TWO

### MITCHEL SWEIGART vs. CENTRAL GARDEN & PET SUPPLY CO.

21.    Paragraphs 1 through 20 of this Complaint are hereby incorporated by reference as if same were set forth herein at length.

22.    At all times material hereto, Defendant, Antonio Rios, Jr. was the agent, servant, employee and/or representative of Defendant, Central Garden & Pet Supply Co. engaged in his duties on behalf of said party, and in the course and scope of his employment.

23.    Defendant, Central Garden & Pet Supply Co. is thereby liable for Plaintiff's injuries resulting from the negligent and reckless conduct of their agent, servant, employee and/or representative Defendant Antonio Rios as described above.

**WHEREFORE,** Plaintiff Mitchel Sweigart demands judgment against the Defendants jointly and severally for damages in excess of One Hundred and Fifty-Thousand ($150,000) Dollars, together with attorney's fees, interest, costs, delay damages and other such relief as this Honorable court deems appropriate.

## COUNT THREE

### PATRICIA RAY vs. CENTRAL GARDEN & PET SUPPLY CO.

24.    Paragraphs 1 through 23 of this Complaint are hereby incorporated by reference as if same were set forth herein at length.

25.    At all times material hereto, Plaintiff, Patricia Ray, was the wife of Plaintiff, Mitchel Sweigart.

26.     Solely as a result of the aforesaid negligence of Defendants, Plaintiff Patricia Ray, has been deprived of the services, comfort, society, companionship and conjugal affection of her husband, Mitchel Sweigart, and will be so deprived for the indefinite future to great her pain, suffering, damage and loss.

**WHEREFORE,** Plaintiff Patricia Ray demands judgment against the Defendants jointly and severally for damages in excess of One Hundred and Fifty-Thousand ($150,000) Dollars, together with attorney's fees, interest, costs, delay damages and other such relief as this Honorable court deems appropriate.

Respectfully submitted,

BY: _____
CLIFFORD D. BIDLINGMAIER, III, ESQUIRE
Attorney for Plaintiff

Dated: 7/13/15