IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MITCHEL SWEIGART and** | : | **CIVIL ACTION** |
| **PATRICIA RAY h/w** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CENTRAL GARDEN & PET** | : | **NO. 15-3905** |
| **SUPPLY, CO. and ANTONIO RIOS, JR.** | : | |

## ORDER

**NOW**, this 15th day of September, 2016, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED** with prejudice pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

      /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.